UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAMEO DELOACH,

    Plaintiff,

v.                                                  CASE NO.: 8:14-cv-242-T-23AEP

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

    The plaintiff announces (Doc. 68) a settlement in this action. Under Local Rule 3.08(b), this action is dismissed subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on December 23, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE